ACCEPTED
06-14-00064-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/8/2015 2:56:58 PM
DEBBIE AUTREY
CLERK

**No. 06-14-00064-CV**

_____

**COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS
TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/8/2015 2:56:58 PM
DEBBIE AUTREY
Clerk

_____

**Joyce Steel Erection, Ltd.**

*Appellant*,

**v.**

**Gordon Ray Bonner,**

*Appellee.*

_____

Appeal from the 202nd Judicial District Court of Bowie County, Texas
Case No. 11C0822-202 - Honorable Leon F. Pesek, Jr., Presiding Judge

_____

**APPELLANT JOYCE STEEL'S UNOPPOSED FIRST MOTION FOR
30-DAY EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

_____

**J. Jeffery Richardson**
  State Bar No. 16864450
  jeff.richardson@nortonrosefulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
214-855-8121 -- Telephone
214-855-8200 -- Telecopier

**O. Rey Rodriguez**
  State Bar No. 00791557
  rrodriguez@hankinsonlaw.com
**HANKINSON LLP**
750 N. St. Paul St., Suite 1800
Dallas, Texas  75201
214-754-9190 -- Telephone
214-754-9140 -- Telecopier

*Attorneys for Appellant Joyce Steel
Erection, Ltd.*

## IDENTITY OF PARTIES AND COUNSEL

Pursuant to TEX. R. APP. P. 38.1(a), the following is a complete list of all parties to the trial court's judgment and the names and addresses of all trial and appellate counsel:

1.      Appellant (Defendant in the trial court):

Joyce Steel Erection, Ltd.

2.      Appellee (Plaintiff in the trial court):

Gordon Ray Bonner

3.      Counsel for Appellant:

J. Jeffery Richardson                    O. Rey Rodriguez
Fulbright & Jaworski LLP                 Hankinson LLP
2200 Ross Avenue, Suite 2800             750 North St. Paul St., Suite 1800
Dallas, Texas  75201-2784                Dallas, Texas 75201
(Appellate Counsel)                      (Appellate Counsel)

Paul A. Bezney
J. Kevin Kindred
Adkerson, Hauder & Bezney, P.C.
1700 Pacific Avenue, Suite 4450
Dallas, Texas  75201-3005
(Trial Counsel)

4.      Counsel for Appellee:

Robert L. Clements, Esq.                  John R. Mercy, Esq.
Kelly R. Clements, Esq.                   Mercy Carter Tidwell, L.L.P.
Clements & Clements                       1724 Galleria Oaks Drive
731 N. St. Paulus Ave.                    Texarkana, Texas  75503
Dallas, Texas  75214

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Joyce Steel Construction, Ltd. respectfully files this Unopposed First Motion for 30-Day Extension of Time to file Its Opening Brief and shows the following:

## I. Requested Extension is Unopposed - Certificate of Conference

Appellant Joyce Steel's counsel conferred with counsel for Appellee Mr. Bonner who advised by e-mail that he does ***not*** oppose this motion.

## II. Length of Extension

The Appellant's brief is due February 4, 2015. Appellant Joyce Steel requests a 30-day extension to and including Friday, March 6, 2015.

## III. Grounds for Extension

This is an appeal from a multi-million-dollar personal injury judgment after verdict arising from a construction accident at the Red River Army Depot. The jury trial spanned multiple weeks and the record on appeal is voluminous. Appellant Joyce Steel's opening brief is currently due February 4, 2015.

As good cause for this first unopposed request for 30-day extension, Appellant Joyce Steel's appellate counsel currently has other conflicting client matters, travel plans, and schedule conflicts, that make it difficult to prepare the opening brief by February 4, 2015. Accordingly, additional time is needed to prepare a brief that will best assist the Court in determining this case. This request is not sought for purposes of delay only, but so that justice may be done.

1

## IV.  **Prayer**

Appellant Joyce Steel respectfully prays that this Court grant the unopposed extension of time to file Appellant's opening brief until and including Friday, March 6, 2015, and for such other and further relief to which it may be entitled whether at law or in equity.

Dated:  January 8, 2015.

Respectfully submitted,

/s/ O. Rey Rodriguez

| | |
|---|---|
| **J. Jeffery Richardson** | **O. Rey Rodriguez** |
| State Bar No. 16864450 | State Bar No. 00791557 |
| jeff.richardson@nortonrosefulbright.com | rrodriguez@hankinsonlaw.com |
| **FULBRIGHT & JAWORSKI L.L.P.** | **Hankinson LLP** |
| 2200 Ross Avenue, Suite 2800 | 750 N. St. Paul St., Suite 1800 |
| Dallas, Texas  75201-2784 | Dallas, Texas  75201 |
| 214-855-8121 -- Telephone | 214-754-9190 -- Telephone |
| 214-855-8200 – Telecopier | 214-754-9140 -- Telecopier |

*Attorneys for Appellant Joyce Steel Erection, Ltd.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Tex. R. App. P. 9.4(i)(3), the undersigned certifies this Unopposed First Motion for 30-Day Extension of Time to File Appellant's Opening Brief complies with the type-volume limitations of Tex. R. App. P. 9.4(i)(2)(D).

Exclusive of the exempted portions in Tex. R. App. P. 9.4(i)(1), this Unopposed Motion for Extension of Time has 263 words. This Motion has been prepared in proportional spaced typeface using:

- Software Name and Version: <u>Microsoft Word, part of Microsoft Office Professional Plus 2010.</u>

- Typeface Name and Font Size: <u>Times New Roman 14 point</u>.


*/s/ O. Rey Rodriguez*
**O. Rey Rodriguez**


### CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with Mr. John Mercy, Esq., counsel for Appellee Gordon Ray Bonner, by email and that on January 8, 2015, Mr. Mercy's response e-mail arrived advising he is ***not*** opposed to the 30-day extension requested in the foregoing motion.

*/s/ O. Rey Rodriguez*
**O. Rey Rodriguez**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing motion was served in accordance with TEX. R. APP. P. 9.5 upon the following counsel of record for Appellees on this 8th day of January, 2015:

Robert L. Clements, Esq.
Kelly R. Clements, Esq.
Clements & Clements
731 N St. Paulus Ave.
Dallas, Texas 75214

John R. Mercy, Esq.
Mercy Carter Tidwell, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503

/s/ O. Rey Rodriguez
**O. Rey Rodriguez**